**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/20/2021

IN RE:

ROSALYN ALYSSA PIREAUX
22 WASHINGTON DR
MONESSEN, PA 15062-2322
XXX-XX-0803            Debtor(s)

Case No. 17-20900 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/20/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2827 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:18<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-NTC*DK4PMT-LMT*BGN 4/17*FR JPMORGAN-DOC 29*FR BAYVIEW-DOC 53 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3216 |
| **KEYBANK NA****<br>POB 94968<br>CLEVELAND, OH  44101 | Trustee Claim Number:4   INT %: 3.99%<br>Court Claim Number:14-2<br>CLAIM:  14,000.00<br>COMMENT:  $CL-PL@3.99%MDF/PL*AMD*W/37 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 6098 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  886.33<br>COMMENT:  SYNCHRONY/AEO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3221 |
| **BON TON++**<br>P.O. BOX 2285<br>YORK, PA  17405 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1167 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:20<br>CLAIM:  2,903.02<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4113 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0416 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BANK ONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9554 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~LANE BRYANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0850 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DRESS BARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4495 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PEEBLES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9797 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:15-2<br>CLAIM: 42,509.28<br>COMMENT: 4FD0/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0803 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 539.27<br>COMMENT: REF 3361158682 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3628 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 395.75<br>COMMENT: SYNCHRONY/GAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9810 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 462.37<br>COMMENT: 0392/SCH*JUSTICE~CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2005 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,830.77<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5721 |
| **CACH LLC**<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 13,710.61<br>COMMENT: 4382/SCH*LENDING CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0264 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 636.09<br>COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7659 |

CLAIM RECORDS | Case 17-20900-CMB   Doc 57   Filed 04/20/21   Entered 04/20/21 11:47:20   Desc
Page 5 of 6

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 11,961.81<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2669 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 804.51<br>COMMENT: SYNCHRONY/SAMS CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0676 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,744.92<br>COMMENT: CITIBANK/SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4869 |
| **ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 5,547.99<br>COMMENT: 1587/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5005 |
| **STEELE SCHNEIDER**<br>428 FORBES AVE STE 700<br>PITTSBURGH, PA 32896-5024 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,436.18<br>COMMENT: 0405/SCH*SYNCHRONY/BP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2687 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 876.84<br>COMMENT: 3704/SCH*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7020 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9539 |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8668 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 484.63<br>COMMENT: SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3506 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **VALLEY FIRST COMMUNITY FCU**<br>815 SCHOONMAKER AVE<br><br>MONESSEN, PA  15062 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1370 | CLAIM: 0.00<br>COMMENT: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3939 | CLAIM: 1,688.38<br>COMMENT: 4246/SCH*VALUE CITY FURNITURE |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5504 | CLAIM: 821.74<br>COMMENT: SYNCHRONY/WALMART |
| **NIELSON**<br>85 BROAD ST<br><br>NEW YORK, NY  10004-2434 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH G |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL  33146 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3216 | CLAIM: 658.51<br>COMMENT: $/CL-PL@CHASE MTG*THRU 3/17*FR JPMORGAN-DOC 29*FR BAYVIEW-DOC 53 |
| **KEYBANK NA****<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:14-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6098 | CLAIM: 5,089.19<br>COMMENT: NO GEN UNS/SCH*AMD*W/4 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL  33146 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:18 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3216 | CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/PL*1150/NTC-POSTPET FEE/EXP*REF CL*W/36*FR BAYVIEW- |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: COMMUNITY LN/PRAE |