# PROCEEDING MEMO

**Date: 09/14/2021 02:30 pm**

**In re:   Rosalyn Alyssa Pireaux**

Bankruptcy No. 17-20900-CMB
Chapter: 13
Doc. # 58

**Appearances: Matthew R. Schimizzi**

**Nature of Proceeding: #58 Rule Hearing re Notice of Mortgage Payment Change**

**Additional Pleadings: Notice of Mortgage Payment Change dated 7/6/2021**

**Judge's Notes:**
OUTCOME: Attorney Schimizzi to file a statement on or before 9/22.

**Carlota Böhm**
Chief U.S. Bankruptcy Judge

FILED
9/15/21 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA