# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | |
| **Rosalyn Alyssa Pireaux** ) | Case No.  17-20900-CMB |
| ) | |
| **Debtor** ) | Chapter 13 |
| ) | |
| ) | Document No. |
| ) | |
| ) | Related to Claim No. 18 |
| ) | |
| ) | Related to: Notice of Mortgage |
| ) | Payment Change Filed 7/6/2021 |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON JULY 6, 2021

I, Matthew R. Schimizzi, Esquire, counsel for the Debtor, Rosalyn Alyssa Pireaux, declare that the existing Chapter 13 Plan is sufficient to fund the Plan and provide for full payment to the mortgage lender as the Notice of Mortgage Payment Change reduces the current monthly mortgage payment from $650.28 to $608.38.

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: September 15, 2021        BY:    /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtor
PA I.D. 307432

Keystone Commons
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com