# Notice Recipients

District/Off: 0315−2      User: lfin      Date Created: 10/27/2021
Case: 17−20900−CMB      Form ID: trc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15302602     Community Loan Servicing, LLC     4425 Ponce De Leon Blvd., 5th Floor     Coral Gable, FL 33146

TOTAL: 1