# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ROSALYN ALYSSA PIREAUX, ) | Bankruptcy No. 17-20900-CMB |
|     Debtor, ) | |
| ) | Chapter 13 |
| _____ ) | |
| ) | Doc. No. |
| ROSALYN ALYSSA PIREAUX, ) | |
|     Movant, ) | Related to Doc. No. |
| ) | |
|     v. ) | |
| ) | |
| NO RESPONDENTS. ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 16, 2017, at docket number 22, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by having a *Certificate of Completion* filed by Sage Personal Finance evidencing Debtor's completion of the *Postpetition Instructional Course in Personal Financial Management*.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: April 27, 2022            /s/ Matthew R. Schimizzi
                                                 Matthew R. Schimizzi, Esquire
                                                 Counsel for Debtor
                                                 PA I.D. 307432

                                                 Schimizzi Law, LLC
                                                 Keystone Commons
                                                 35 W. Pittsburgh St.
                                                 Greensburg, PA 15601
                                                 Phone: (724) 838-9722
                                                 Fax:    (724) 837-7868
                                                 Email: mrs@schimizzilaw.com

**PAWB Local Form 24 (07/13)**