Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rosalyn Alyssa Pireaux
fka Rosalyn Malarbi**
Debtor(s)

Bankruptcy Case No.: 17−20900−CMB

Chapter: 13
Docket No.: 72 − 71

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of April, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/21/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/21/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/21/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20900-CMB

Rosalyn Alyssa Pireaux     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Apr 27, 2022     Form ID: 408v     Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rosalyn Alyssa Pireaux, 22 Washington Dr, Monessen, PA 15062-2322 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15426235 | + | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377967 | | Justice/Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14658172 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14377972 | # | Nielsen, 85 Broad St, New York, NY 10004-2434 |
| 14377983 | | Valley 1st Community FCU, 815 Schoonmaker Ave, Monessen, PA 15062-1008 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377954 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:24 | AEO/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14696709 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14377955 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Bon-Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14397515 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:19 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 15426235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14377957 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14652382 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:17 | Capital One, N.A., c/o Becket and Lee LLP, PO |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 14648495 | + | Email/Text: bnc@bass-associates.com | Apr 28 2022 00:06:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14661295 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377960 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity - Lane Bryant Retail, PO Box 659728, San Antonio, TX 78265-9728 |
| 14377961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/DRESSBARN, PO Box 659704, San Antonio, TX 78265-9704 |
| 14377962 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 15302602 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14377963 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14377964 | | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:06:00 | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14377965 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2022 00:12:41 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14377966 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | GAP/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377958 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:14 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14377959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:14 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14661499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14377968 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 28 2022 00:07:00 | Keybank, PO Box 94722, Cleveland, OH 44101-4722 |
| 14377969 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14377970 | | Email/Text: bk@lendingclub.com | Apr 28 2022 00:07:00 | Lending Club, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14377971 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14655205 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14400012 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14377973 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14645931 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14663125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379001 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Apr 28 2022 00:07:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14377976 | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | Springleaf, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14377978 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | SYNCB/BP DC, c/o, PO Box 965024, Orlando, FL 32896-5024 |
| 14377979 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | SYNCB/JC Penney, DC, PO Box 965007, Orlando, FL 32896-5007 |
| 14377980 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14377974 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:26 | Sam's Club/Sychrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377975 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14377982 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:26 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 14377981 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:44 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14658724 | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:06:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14377984 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:25 | Value City Furniture, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14377985 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:24 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL8 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377977 | ## | Steele Schneider, 428 Forbes Ave Ste 700, Pittsburgh, PA 15219-1617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor JPMorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew R. Schimizzi | on behalf of Debtor Rosalyn Alyssa Pireaux mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor CSMC 2021-RPL8 Trust bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com |

TOTAL: 13