**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROSALYN ALYSSA PIREAUX<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Case No.:17-20900<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2017 and confirmed on 5/1/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,188.00 |
| Less Refunds to Debtor | 54.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,133.62 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,310.00 | |
|    Trustee Fee | 3,283.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,593.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CSMC 2021-RPL8 TRUST | 0.00 | 39,337.72 | 0.00 | 39,337.72 |
|     Acct: 1662 | | | | |
|   CSMC 2021-RPL8 TRUST | 658.51 | 658.51 | 0.00 | 658.51 |
|     Acct: 1662 | | | | |
|   KEYBANK NA** | 14,000.00 | 14,000.00 | 1,399.22 | 15,399.22 |
|     Acct: 6098 | | | | |
| | | | | 55,395.45 |
| **Priority** | | | | |
|   RICHARD W SCHIMIZZI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSALYN ALYSSA PIREAUX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSALYN ALYSSA PIREAUX | 54.38 | 54.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCHIMIZZI LAW LLC | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CSMC 2021-RPL8 TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1662 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 886.33 | 94.32 | 0.00 | 94.32 |
|     Acct: 3221 | | | | |
|   BON TON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1167 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,903.02 | 308.93 | 0.00 | 308.93 |
|     Acct: 4113 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0416 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9554 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0850 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4495 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9797 | | | | |
| US DEPARTMENT OF EDUCATION | 42,509.28 | 4,523.73 | 0.00 | 4,523.73 |
| Acct: 0803 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 539.27 | 57.39 | 0.00 | 57.39 |
| Acct: 3628 | | | | |
| MIDLAND FUNDING LLC | 395.75 | 42.12 | 0.00 | 42.12 |
| Acct: 9810 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 462.37 | 49.21 | 0.00 | 49.21 |
| Acct: 2005 | | | | |
| CAPITAL ONE NA** | 1,830.77 | 194.83 | 0.00 | 194.83 |
| Acct: 5721 | | | | |
| CACH LLC | 13,710.61 | 1,459.05 | 0.00 | 1,459.05 |
| Acct: 0264 | | | | |
| MIDLAND FUNDING LLC | 636.09 | 67.69 | 0.00 | 67.69 |
| Acct: 7659 | | | | |
| PNC BANK NA | 11,961.81 | 1,272.95 | 0.00 | 1,272.95 |
| Acct: 2669 | | | | |
| MIDLAND FUNDING LLC | 804.51 | 85.62 | 0.00 | 85.62 |
| Acct: 0676 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,744.92 | 292.10 | 0.00 | 292.10 |
| Acct: 4869 | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPR | 5,547.99 | 590.41 | 0.00 | 590.41 |
| Acct: 5005 | | | | |
| STEELE SCHNEIDER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,436.18 | 152.84 | 0.00 | 152.84 |
| Acct: 2687 | | | | |
| MIDLAND FUNDING LLC | 876.84 | 93.31 | 0.00 | 93.31 |
| Acct: 7020 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9539 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8668 | | | | |
| MIDLAND FUNDING LLC | 484.63 | 51.57 | 0.00 | 51.57 |
| Acct: 3506 | | | | |
| VALLEY FIRST COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1370 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,688.38 | 179.68 | 0.00 | 179.68 |
| Acct: 3939 | | | | |
| MIDLAND FUNDING LLC | 821.74 | 87.45 | 0.00 | 87.45 |
| Acct: 5504 | | | | |
| KEYBANK NA** | 5,089.19 | 541.58 | 0.00 | 541.58 |
| Acct: 6098 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2827 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NIELSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,144.78 |

TOTAL PAID TO CREDITORS                                                                                       65,540.23

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 14,658.51 |
| UNSECURED | 95,329.68 |

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROSALYN ALYSSA PIREAUX

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:17-20900

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20900-CMB

Rosalyn Alyssa Pireaux     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 27, 2022     Form ID: pdf900     Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rosalyn Alyssa Pireaux, 22 Washington Dr, Monessen, PA 15062-2322 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15426235 | + | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377967 | | Justice/Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14658172 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14377972 | # | Nielsen, 85 Broad St, New York, NY 10004-2434 |
| 14377983 | | Valley 1st Community FCU, 815 Schoonmaker Ave, Monessen, PA 15062-1008 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377954 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:15 | AEO/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14696709 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14377955 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Bon-Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14397515 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:31 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 15426235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 00:07:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14377957 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:14 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14652382 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:41 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 17-20900-CMB   Doc 75   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Delivery Method / Address | Timestamp | Recipient |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 14648495 | + | Email/Text: bnc@bass-associates.com | Apr 28 2022 00:06:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14661295 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377960 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity - Lane Bryant Retail, PO Box 659728, San Antonio, TX 78265-9728 |
| 14377961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/DRESSBARN, PO Box 659704, San Antonio, TX 78265-9704 |
| 14377962 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 15302602 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14377963 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14377964 | | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:06:00 | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14377965 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2022 00:12:41 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14377966 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:25 | GAP/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377958 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14377959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14661499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14377968 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 28 2022 00:07:00 | Keybank, PO Box 94722, Cleveland, OH 44101-4722 |
| 14377969 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14377970 | | Email/Text: bk@lendingclub.com | Apr 28 2022 00:07:00 | Lending Club, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14377971 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14655205 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14400012 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:24 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14377973 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14645931 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14663125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379001 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 28 2022 00:07:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14377976 | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | Springleaf, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14377978 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | SYNCB/BP DC, c/o, PO Box 965024, Orlando, FL 32896-5024 |
| 14377979 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:26 | SYNCB/JC Penney, DC, PO Box 965007, Orlando, FL 32896-5007 |
| 14377980 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:15 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14377974 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | Sam's Club/Sychrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377975 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14377982 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:25 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 14377981 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14658724 | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:06:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14377984 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:26 | Value City Furniture, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14377985 | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:15 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CSMC 2021-RPL8 Trust |
| cr |  | Community Loan Servicing, LLC |
| cr |  | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr |  | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377977 | ## | Steele Schneider, 428 Forbes Ave Ste 700, Pittsburgh, PA 15219-1617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022                    Signature:    /s/Gustava Winters

Case 17-20900-CMB   Doc 75   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc Imaged
Certificate of Notice   Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor JPMorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew R. Schimizzi | on behalf of Debtor Rosalyn Alyssa Pireaux mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor CSMC 2021-RPL8 Trust bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com |

TOTAL: 13