**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rosalyn Alyssa Pireaux<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0803<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–20900–CMB | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rosalyn Alyssa Pireaux
fka Rosalyn Malarbi

6/24/22                                                                                   **By the court:** Carlota M. Bohm
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rosalyn Alyssa Pireaux  
    Debtor

Case No. 17-20900-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4  
Date Rcvd: Jun 24, 2022    Form ID: 3180W    Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rosalyn Alyssa Pireaux, 22 Washington Dr, Monessen, PA 15062-2322 |
| 14377967 | | Justice/Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14658172 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14377972 | # | Nielsen, 85 Broad St, New York, NY 10004-2434 |
| 14377983 | | Valley 1st Community FCU, 815 Schoonmaker Ave, Monessen, PA 15062-1008 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 25 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2022 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 25 2022 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2022 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: LCIBAYLN | Jun 25 2022 03:18:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 24 2022 23:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2022 23:15:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377954 | | EDI: RMSC.COM | Jun 25 2022 03:18:00 | AEO/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14696709 | + | EDI: LCIBAYLN | Jun 25 2022 03:18:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14377955 | | EDI: WFNNB.COM | Jun 25 2022 03:18:00 | Bon-Ton, PO Box 659813, San Antonio, TX 78265-9113 |

Case 17-20900-CMB   Doc 78   Filed 06/26/22   Entered 06/27/22 00:21:18   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 24, 2022 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14397515 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 23:23:17 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 15426235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2022 23:15:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377956 | | EDI: CAPITALONE.COM | Jun 25 2022 03:18:00 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14377957 | | EDI: CAPITALONE.COM | Jun 25 2022 03:18:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14652382 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2022 23:23:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14648495 | + | EDI: BASSASSOC.COM | Jun 25 2022 03:18:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14661295 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2022 23:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377960 | | EDI: WFNNB.COM | Jun 25 2022 03:18:00 | Comenity - Lane Bryant Retail, PO Box 659728, San Antonio, TX 78265-9728 |
| 14377961 | | EDI: WFNNB.COM | Jun 25 2022 03:18:00 | Comenity Bank/DRESSBARN, PO Box 659704, San Antonio, TX 78265-9704 |
| 14377962 | | EDI: WFNNB.COM | Jun 25 2022 03:18:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 15302602 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2022 23:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14377963 | + | EDI: CITICORP.COM | Jun 25 2022 03:18:00 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14377964 | | Email/Text: bncnotifications@pheaa.org | Jun 24 2022 23:14:00 | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14377965 | | EDI: AMINFOFP.COM | Jun 25 2022 03:18:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14377966 | | EDI: RMSC.COM | Jun 25 2022 03:18:00 | GAP/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377958 | | EDI: JPMORGANCHASE | Jun 25 2022 03:18:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14377959 | | EDI: JPMORGANCHASE | Jun 25 2022 03:18:00 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14661499 | | EDI: JPMORGANCHASE | Jun 25 2022 03:18:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14377968 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 24 2022 23:15:00 | Keybank, PO Box 94722, Cleveland, OH 44101-4722 |
| 14377969 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2022 23:14:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14377970 | | Email/Text: bk@lendingclub.com | Jun 24 2022 23:15:00 | Lending Club, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14377971 | | EDI: RMSC.COM | Jun 25 2022 03:18:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14655205 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2022 23:15:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14400012 | | EDI: AGFINANCE.COM | Jun 25 2022 03:18:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | EVANSVILLE, IN 47731-3251 |
| 14377973 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:14:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14645931 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:14:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14663125 | EDI: PRA.COM | Jun 25 2022 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379001 | + EDI: RECOVERYCORP.COM | Jun 25 2022 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658984 | + EDI: JEFFERSONCAP.COM | Jun 25 2022 03:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14377976 | EDI: AGFINANCE.COM | Jun 25 2022 03:18:00 | Springleaf, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14377978 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | SYNCB/BP DC, c/o, PO Box 965024, Orlando, FL 32896-5024 |
| 14377979 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | SYNCB/JC Penney, DC, PO Box 965007, Orlando, FL 32896-5007 |
| 14377980 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14377974 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | Sam's Club/Sychrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377975 | EDI: CITICORP.COM | Jun 25 2022 03:18:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14377982 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 14377981 | EDI: CITICORP.COM | Jun 25 2022 03:18:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14658724 | Email/Text: bncnotifications@pheaa.org | Jun 24 2022 23:14:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14377984 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | Value City Furniture, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14377985 | EDI: RMSC.COM | Jun 25 2022 03:18:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL8 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377977 | ## | Steele Schneider, 428 Forbes Ave Ste 700, Pittsburgh, PA 15219-1617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

Case 17-20900-CMB    Doc 78    Filed 06/26/22    Entered 06/27/22 00:21:18    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 24, 2022 | Form ID: 3180W | Total Noticed: 53 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor JPMorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew R. Schimizzi | on behalf of Debtor Rosalyn Alyssa Pireaux mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor CSMC 2021-RPL8 Trust bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com |

TOTAL: 13