**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROSALYN ALYSSA PIREAUX<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-20900<br><br>Chapter 13<br><br>Document No.: 71<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __24th__ day of __June__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/24/22 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20900-CMB

Rosalyn Alyssa Pireaux     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rosalyn Alyssa Pireaux, 22 Washington Dr, Monessen, PA 15062-2322 |
| 14377967 | | Justice/Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14658172 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14377972 | # | Nielsen, 85 Broad St, New York, NY 10004-2434 |
| 14377983 | | Valley 1st Community FCU, 815 Schoonmaker Ave, Monessen, PA 15062-1008 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 24 2022 23:14:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 24 2022 23:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2022 23:15:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377954 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:16 | AEO/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14696709 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 24 2022 23:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14377955 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 23:14:00 | Bon-Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 14397515 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 23:23:17 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 15426235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2022 23:15:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14377956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 23:23:13 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14377957 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 23:23:13 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14652382 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2022 23:23:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14648495 | + | Email/Text: bnc@bass-associates.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 24 2022 23:14:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14661295 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2022 23:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377960 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 23:14:00 | Comenity - Lane Bryant Retail, PO Box 659728, San Antonio, TX 78265-9728 |
| 14377961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 23:14:00 | Comenity Bank/DRESSBARN, PO Box 659704, San Antonio, TX 78265-9704 |
| 14377962 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 23:14:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 15302602 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2022 23:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14377963 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:23:14 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14377964 | | Email/Text: bncnotifications@pheaa.org | Jun 24 2022 23:14:00 | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14377965 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 24 2022 23:23:16 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14377966 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:20 | GAP/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377958 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2022 23:23:12 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14377959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2022 23:23:20 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14661499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2022 23:23:13 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14377968 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 24 2022 23:15:00 | Keybank, PO Box 94722, Cleveland, OH 44101-4722 |
| 14377969 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2022 23:14:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14377970 | | Email/Text: bk@lendingclub.com | Jun 24 2022 23:15:00 | Lending Club, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14377971 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:13 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14655205 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2022 23:15:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14400012 | | Email/PDF: cbp@onemainfinancial.com | Jun 24 2022 23:23:19 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14377973 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:14:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14645931 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:14:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14663125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 23:23:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379001 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2022 23:23:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2022 23:15:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 14377976 | Email/PDF: cbp@onemainfinancial.com | Jun 24 2022 23:23:12 | Springleaf, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14377978 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:13 | SYNCB/BP DC, c/o, PO Box 965024, Orlando, FL 32896-5024 |
| 14377979 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:16 | SYNCB/JC Penney, DC, PO Box 965007, Orlando, FL 32896-5007 |
| 14377980 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:13 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14377974 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:13 | Sam's Club/Sychrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14377975 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:23:21 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14377982 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:16 | TJX Rewards/SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 14377981 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:23:14 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14658724 | Email/Text: bncnotifications@pheaa.org | Jun 24 2022 23:14:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14377984 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:16 | Value City Furniture, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14377985 | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:23:20 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL8 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMorgan Chase Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377977 | ## | Steele Schneider, 428 Forbes Ave Ste 700, Pittsburgh, PA 15219-1617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022          Signature:          /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor JPMorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew R. Schimizzi | on behalf of Debtor Rosalyn Alyssa Pireaux mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor CSMC 2021-RPL8 Trust bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pawb@fedphe.com |

TOTAL: 13