**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| ROSALYN ALYSSA PIREAUX | : | Bk. No. 17-20900 CMB |
| F/K/A ROSALYN MALARBI | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| BAYVIEW LOAN SERVICING, LLC | : | |
| Movant | : | |
| v. | : | |
| ROSALYN ALYSSA PIREAUX | : | |
| F/K/A ROSALYN MALARBI | : | |
| Respondent | | |

**CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT**

I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on September 8, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

MATTHEW R. SCHIMIZZI, ESQUIRE
35 WEST PITTSBURGH STREET
GREENSBURG, PA 15601

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

Service by First Class Mail

ROSALYN ALYSSA PIREAUX
22 WASHINGTON DR
MONESSEN, PA 15062-2322

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

September 8, 2020

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com