# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rosalyn Alyssa Pireaux fka Rosalyn Malarbi** <br>           **Debtor(s)** <br><br> **Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC** <br>           **Movant** <br>     vs. <br><br> **Rosalyn Alyssa Pireaux fka Rosalyn Malarbi** <br>           **Debtor(s)** <br><br> **Ronda J. Winnecour**, <br> **Trustee** | **BK NO. 17-20900 CMB** <br><br> **Chapter 13** <br><br> **Related to Claim No. 18** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 06, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rosalyn Alyssa Pireaux fka Rosalyn Malarbi
22 Washington Drive
Monessen, PA 15062-2322

Attorney for Debtor(s)
Matthew R. Schimizzi, 35 West Pittsburgh Street,
(VIA ECF)
Greensburg, PA 15601

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: July 06, 2021

              **/s/ Maria Miksich, Esquire**
              Maria Miksich, Esquire
              Attorney I.D. No. 319383
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              201-549-5366
              MMiksich@kmllawgroup.com